UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs. ) | CAUSE NO. 3:08-CR-146 RLM |
| ) | |
| STEVEN E. HARMON ) | |

## ORDER

No objections have been filed to the magistrate judge's findings and recommendations upon a plea of guilty issued on August 26, 2009 [Doc. No. 14]. Accordingly, the court now ADOPTS those findings and recommendations, ACCEPTS defendant Steven E. Harmon's plea of guilty, and FINDS the defendant guilty of Count 1 of the Indictment, in violation of 18 U.S.C. § 922(g)(1).

SO ORDERED.

ENTERED:  September 29, 2009 

                                            /s/ Robert L. Miller, Jr.
                                     Chief Judge, United States District Court
                                     Northern District of Indiana